JAMES M. TURNER, MARY JANE SANDS AND ———— SANDS, HER HUSBAND; MARIA V. WALKER AND ———— WALKER, HER HUSBAND; WILLIAM H. TURNER, HARRIET SELLENER AND ———— SELLENER, HER HUSBAND, *Appellants*, v. L. A. HARRIS AND ———— HARRIS, HIS WIFE, J. V. HARRIS, AND ——— HARRIS, HIS WIFE; MATTIE HARRIS RICHARDS AND ———— RICHARDS, HER HUSBAND; MARY PERKINS HARRIS, EMMA COLLIER, WIFE OF JOHN COLLER, DECEASED; ALTON W. COLLER AND MARY PAULINE COLLER, A MINOR, *Appellees*.

Decision Filed October 22, 1920.

An Appeal from an Order of the Circuit Court within and for the County of Monroe; H. Pierre Branning, Judge.

*Taylor & Taylor* and *Atkinson & Burdine*, for Appellants;

*W. Hunt Harris*, for Appellees.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the order aforesaid, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said order; it is, therefore, considered, ordered and adjudged by the Court that the said order of the Circuit Court be, and the same is hereby, affirmed.

All concur.